No. 757 October 23, 2024 637

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

MAXIMIANO FONSECA FONSECA,
aka Maximiano Fonseca,
*Defendant-Appellant.*

Lane County Circuit Court
19CR25452; A180939

Charles M. Zennaché, Judge.

Submitted September 24, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Shawn Wiley, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Kyleigh Gray, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, Kamins, Judge, and Armstrong, Senior Judge.

PER CURIAM

Affirmed. *State v. Horner*, 306 Or App 402, 474 P3d 394 (2020); *modified on recons on other grounds*, 309 Or App 136 (2021); *State v. Parker*, 259 Or App 547, 314 P3d 980 (2013), *rev den*, 355 Or 380 (2014).